■ FRANCES DENNIS, Appellant, v BARTOW STATIONERY et al., Respondents. [811 NYS2d 566]—Order, Supreme Court, Bronx County (Norma Ruiz, J.), entered January 5, 2005, which, to the extent appealed from, granted defendant Riverbay's motion for summary judgment, and upon a search of the record, dismissed the complaint as against both defendants, unanimously affirmed, without costs.

Plaintiff in this slip-and-fall case failed to raise an issue of fact as to the existence of an ongoing and recurring dangerous condition in the area of the accident that was routinely left unaddressed by defendants (see Cochetti v Wal-Mart Stores, Inc., 24 AD3d 852 [2005]; Tejeda v Six Ten Mgt. Corp., 15 AD3d 265 [2005]; cf. Irizarry v 15 Mosholu Four, LLC, 24 AD3d 373, 806 NYS2d 534 [2005]; O'Connor-Miele v Barhite & Holzinger, 234 AD2d 106 [1996]). Concur—Tom, J.P., Andrias, Marlow, Williams and McGuire, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANCISCO RUBIO, Appellant. [812 NYS2d 930]—Judgment, Supreme Court, New York County (Edward J. McLaughlin, J.), rendered on or about May 9, 2005, unanimously affirmed. No opinion. Order filed. Concur—Tom, J.P., Andrias, Marlow, Williams and McGuire, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARK GABRIEL, Appellant. [812 NYS2d 930]—Judgments, Supreme Court, Bronx County (David Stadtmauer, J.), rendered on or about December 9, 2004, unanimously affirmed. No opinion. Order filed. Concur—Tom, J.P., Andrias, Marlow, Williams and McGuire, JJ.